1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 **\* \* \***

9 MARCELINO PEREA,                              )
                                                          )
10                         Plaintiff(s),          )          Case No. 2:10-cv-1080-RLH-LRL
                                                          )
11          vs.                                        )          **O R D E R**
                                                          )          (Motion to Dismiss–#5)
12 MORTGAGE INVESTORS GROUP,           )
   *et al.*,                                        )
13                                                    )
                         Defendant(s).         )
14 _____)

15          Before the Court is Defendants BAC Home Loans Servicing, LP and ReconTrust

16 Company, N.A. ("BAC Defendants")'s Motion to Dismiss (#5, filed July 8, 2010). No opposition

17 has been filed. The moving Defendants have filed a Request for Entry of Order dismissing Case

18 Due to Plaintiff's Non-Opposition (#12, filed August 25, 2010).

19          Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a

20 motion constitutes a consent that the motion be granted. *Abbott v. United Venture Capitol, Inc.* 718

21 F.Supp. 828, 831 (D. Nev. 1989). It has been said these local rules, no less than the federal rules or

22 acts of Congress, have the force of law. *United States v. Hvass*, 355 U.S. 570, 574-575 (1958); *Weil*

23 *v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995). The

24 United States Supreme Court itself has upheld the dismissal of a matter for failure to respond under

25 the local court rules. *Black Unity League of Kentucky v. Miller*, 394 U.S. 100, 89 S. Ct. 766 (1969).

26 ////

1

1    Moreover, the Motion has merit.  Accordingly, the Motion will be granted on the

2  merits, as stated in the Motion, and on the grounds of Plaintiff's failure to file any opposition.

3    IT IS THEREFORE ORDERED that Defendants BAC Home Loans Servicing, LP

4  and ReconTrust Company, N.A. ("BAC Defendants")'s Motion to Dismiss (#5) is GRANTED, and

5  the case is dismissed against those Defendants.

6    Dated: September 8, 2010.

7

8    _____
   **Roger L. Hunt**

9    **Chief United States District Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2