1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**

7                 **DISTRICT OF NEVADA**

8                          * * *

9    MARCELINO PEREA,                    )
                                          )
10                      Plaintiff,        )    Case No. 2:10-cv-1080-RLH-LRL
                                          )
11         vs.                            )         **O R D E R**
                                          )    (Motion to Dismiss–#15)
12   MORTGAGE INVESTORS GROUP,            )
     *et al.*,                            )
13                                        )
                      Defendants.         )
14   _____ )

15         Before the Court is Defendants Mortgage Investors Group and Charles E. Tonkin's

16   ("MIG Defendants") **Motion to Dismiss** (#15), filed September 1, 2010.  No opposition has been

17   filed.  The MIG Defendants filed a **Notice of Non-Opposition** (#22), on August 25, 2010.

18         Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a

19   motion constitutes a consent that the motion be granted.  *Abbott v. United Venture Capitol, Inc.*  718

20   F.Supp. 828, 831 (D. Nev. 1989).  The local rules have the force of law, no less than the federal

21   rules or acts of Congress.  *United States v. Hvass*, 355 U.S. 570, 574-575 (1958); *Weil v. Neary*, 278

22   U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995).  The United States

23   Supreme Court itself has upheld the dismissal of a matter for failure to respond under the local court

24   rules.  *Black Unity League of Kentucky v. Miller*, 394 U.S. 100, 89 S. Ct. 766 (1969).

25         Moreover, the Motion has merit.  Accordingly, the Motion will be granted on the

26   merits and on the grounds of Perea's failure to file any opposition.

1

IT IS THEREFORE ORDERED that Defendants  Mortgage Investors Group and Charles E. Tonkin's Motion to Dismiss (#15) is GRANTED, and the case is dismissed against those Defendants.

Dated: November 5, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**